## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ 2374                                         Purchased/Filed: March 7, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT

Robert Thomas, et ano                                                        Plaintiff

against

Arsenity S. Sergeychik, et ano                                               Defendant

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____March 13, 2008_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint with Jury Trial Demand, with Judges Rules on _____Arsenity S. Sergeychik_____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __10__ dollars; That said service was made pursuant to Section __253 Vehicle and Traffic Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this
__17th__ day of _____March, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0802599

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ 2374            Purchased/Filed: March 7, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

Robert Thomas, et ano          Plaintiff

against

Arsenity S. Sergeychik, et ano          Defendant

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

        Jessica Miller        , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   March 13, 2008  , at   2:00pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Jury Trial Demand, with Judges Rules

on   Polonez Parcel Service, Inc.  , the Defendant in this action, by delivering to and leaving with   Chad Matice  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,   1   true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   10   dollars; That said service was made pursuant to Section   253 Vehicle and Traffic Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:   28   Approx. Wt:   200   Approx. Ht:   6'0"  
Color of skin:   White   Hair color:   Brown   Sex:   M   Other: _____

Sworn to before me on this

  17th   day of   March, 2008  

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0802602

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179