## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ 2374

Purchased/Filed: March 7, 2008

STATE OF NEW YORK       UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

---

*Robert Thomas, et ano*

Plaintiff

against

*Arsenity S. Sergeychik, et ano*

Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ Jessica  Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 13, 2008 _____ , at _2:00pm_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Jury Trial Demand, with Judges Rules

on

_____ Arsenity S. Sergeychik _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, _1_ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of _10_ dollars; That said service

was made pursuant to Section _253 Vehicle and Traffic Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: _28_    Approx. Wt: _200_    Approx. Ht: _6'0"_

Color of skin: _White_    Hair color: _Brown_    Sex: _M_    Other: _____

Sworn to before me on this

_17th_  day of _____ March, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica  Miller

Invoice•Work Order # SP0802599

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   08 civ 2374

Purchased/Filed: March 7, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

*Robert Thomas, et ano*                                                                      Plaintiff

against

*Arsenity S. Sergeychik, et ano*                                                       Defendant

STATE OF NEW YORK            SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 13, 2008 _____ , at ___ 2:00pm ___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Jury Trial Demand, with Judges Rules

on

_____ Polonez Parcel Service, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___ 1 ___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___ 10 ___ dollars; That said service

was made pursuant to Section ___ 253 Vehicle and Traffic Law ___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___ 28 ___   Approx. Wt: ___ 200 ___   Approx. Ht: ___ 6'0" ___

Color of skin: ___ White ___   Hair color: ___ Brown ___   Sex: ___ M ___   Other: _____

Sworn to before me on this

___ 17th ___ day of _____ March, 2008 _____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

_____
Jessica Miller

Invoice•Work Order # SP0802602

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**