------------------------------------------------------------x
ROBERT THOMAS and DONNA THOMAS,

         Plaintiff,

-against-

ARSENITY S. SERGEYCHIK and POLONEZ
PARCEL SERVICE, INC.,

         Defendants.
------------------------------------------------------------x

**AFFIDAVIT OF COMPLIANCE AS TO DEFENDANT, POLONEZ PARCEL SERVICE**

Index No. 08CIV2374 (KMK)

STATE OF NEW YORK    )
                             )ss.:
COUNTY OF WESTCHESTER  )

DANIEL A. SEYMOUR, being duly sworn, deposes and says:

1. I am an attorney duly admitted to practice law in the State of New York and have been admitted and remain in good standing with the United States District Court for the Southern District of New York.

2. I am the attorney of record for the Plaintiffs, ROBERT THOMAS and DONNA THOMAS, herein.

3. On April 8, 2008, I caused to be sent, on behalf of the Plaintiff, to the defendant, POLONEZ PARCEL SERVICE, a true and complete copy of the Summons and Complaint, filed with this Court, which was sent via the United States Postal Service by certified mail with return receipt requested.

4. This mailing was performed pursuant to the mandate of the New York State Vehicle and Traffic Law § 253 and in furtherance of the filing and service upon the defendant, POLONEZ PARCEL SERVICE, through the New York State Secretary of State.

5. On April 10, 2008 an individual identified as an agent of defendant,

POLONEZ PARCEL SERVICE, executed the certified mail receipt confirming receipt of the Summons and Complaint on behalf of Defendant, POLONEZ PARCEL SERVICE.

6. Enclosed herewith is a true and complete copy of the certified return receipt, executed by an agent for Defendant and provided to your affiant by the United States Postal Service.

7. I submit this Affidavit of Compliance in accordance with all applicable laws.

Dated: White Plains, New York
      April 16, 2008

DANIEL A. SEYMOUR  5877

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Polonez Parcel Service
143 Doty Circle
West Springfield, MA
01089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0002 5390 3856

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# CERTIFICATE OF SERVICE

I, DANIEL A. SEYMOUR, hereby certify that on April 16, 2008, I served the within Plaintiffs' Affidavit of Compliance, upon Defendant, POLONEZ PARCEL SERVICE, by depositing a true copy thereof enclosed in a pre-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

POLONEZ PARCEL SERVICE
143 Doty Circle
West Springfield, MA 01089

DANIEL A. SEYMOUR - 5877