UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROBERT THOMAS and DONNA THOMAS,

                Plaintiff,

  -against-

ARSENITY S. SERGEYCHIK and POLONEZ
PARCEL SERVICE, INC.,

                Defendants.
-----------------------------------------------------------------x

**AFFIDAVIT OF COMPLIANCE AS TO DEFENDANT, ARSENITY S. SERGEYCHIK**

Index No. 08CIV2374 (KMK)

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF WESTCHESTER  )

DANIEL A. SEYMOUR, being duly sworn, deposes and says:

    1. I am an attorney duly admitted to practice law in the State of New York and have been admitted and remain in good standing with the United States District Court for the Southern District of New York.

    2. I am the attorney of record for the Plaintiffs, ROBERT THOMAS and DONNA THOMAS, herein.

    3. On April 8, 2008, I caused to be sent, on behalf of the Plaintiff, to the defendant, ARSENITY S. SERGEYCHIK, a true and complete copy of the Summons and Complaint, filed with this Court, which was sent via the United States Postal Service by certified mail with return receipt requested.

    4. This mailing was performed pursuant to the mandate of the New York State Vehicle and Traffic Law § 253 and in furtherance of the filing and service upon the defendant, ARSENITY S. SERGEYCHIK, through the New York State Secretary of State.

5. On April 15, 2008 an individual identified as an agent of defendant, ARSENITY S. SERGEYCHIK, executed the certified mail receipt confirming receipt of the Summons and Complaint on behalf of Defendant, ARSENITY S. SERGEYCHIK.

6. Enclosed herewith is a true and complete copy of the certified return receipt, executed by an agent for Defendant and provided to your affiant by the United States Postal Service.

7. I submit this Affidavit of Compliance in accordance with all applicable laws.

Dated: White Plains, New York
April 17, 2008

_____
DANIEL A. SEYMOUR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Sergeychik*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>[WEST SPRINGFIELD, MA 01089-9998  APR 1 5 2008  USPS postmark] |
| 1. Article Addressed to:<br><br>Arseniy S. Sergeychik<br>45 Hill Street<br>West Springfield, MA 01089 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)     7006 3450 0002 5390 3863 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

BANK, SHEER, SEYMOUR & HASHMALL
CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD
WHITE PLAINS, NEW YORK 10603

Thomas

## CERTIFICATE OF SERVICE

    I, DANIEL A. SEYMOUR, hereby certify that on April 17, 2008, I served the within Plaintiffs' Affidavit of Compliance, upon Defendant, ARSENITY S. SERGEYCHIK, by depositing a true copy thereof enclosed in a pre-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

ARSENITY S. SERGEYCHIK
45 Hill Street
West Springfield, MA 01089

_____
DANIEL A. SEYMOUR - 5877

Case 7:08-cv-02374-KMK-GAY    Document 9    Filed 04/17/2008    Page 5 of 5