UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Robert and Donna Thomas,

                Plaintiff(s),

-against-

Arsenity S. Sergeychik and
Polonez Parcel Service, Inc.,

                Defendant(s).

------------------------------------------------------------X

08 Civ. 2374 (KMK) (GAY)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | _____ | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ | Inquest After Default/Damages Hearing | | |

Particular Motion:_____
_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: August 12, 2008

SO ORDERED

/s/ _____
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____